# EXHIBIT D

```
                                            ┌─────────────────────────────┐
                                            │ USDC SDNY                   │
                                            │ DOCUMENT                    │
                                            │ ELECTRONICALLY FILED        │
UNITED STATES DISTRICT COURT                │ DOC #: _____      │
SOUTHERN DISTRICT OF NEW YORK               │ DATE FILED: 4/13/07         │
-------------------------------------       └─────────────────────────────┘
                                        x
STEVE ZABLOCKI,                         :
                                        :   ORDER DENYING MOTION TO
                        Plaintiff,      :   TRANSFER DOCKETS
        -against-                       :
                                        :   06 Civ. 15494 (AKH)
TULLY CONSTRUCTION COMPANY, INC.,       :
TULLY INDUSTRIES, INC., and DEUTSCHE    :
BANK,                                   :
                                        :
                        Defendants.     :
-------------------------------------   x
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

By letter dated March 29, 2007, plaintiff Steve Zablocki requests that I transfer his case from the 21 MC 100 docket, which is subject to a stay by the United States Court of Appeals for the Second Circuit, to the 21 MC 102 docket, which is not.

Mr. Zablocki's complaint alleges that he worked at the Deutsche Bank building at 130 Liberty Street from October 15, 2001 to December 15, 2001. This location is considered part of the World Trade Center site, as defined in Case Management Order No. 3, 21 MC 100 (Feb. 7, 2005). In addition, defendant Tully Construction Company, Inc., is one of the 21 MC 100 contractors that joined the City of New York's interlocutory appeal to the Second Circuit, which resulted in the aforementioned stay. Therefore, the motion is denied. Plaintiff's case shall remain classified as related to 21 MC 100, and remain subject to the Second Circuit's stay.

SO ORDERED.

Dated:  April 13, 2007
        New York, New York

                                            /s/ Alvin K. Hellerstein
                                            ALVIN K. HELLERSTEIN
                                            United States District Judge